IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  16-cv-00187-MJW

**IN RE PETITION OF JOHN SWANSON FOR RELEASE OF NISSAN VAN-VIN 3N6CMOKN8FK696356; NISSAN VAN-VIN 1N6AFOKY9FN807762; NISSAN VAN-VIN 1N6AFOKY4PN807183**

### ORDER DIRECTING SERVICE AND SETTING STATUS CONFERENCE

Entered by U.S. Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that Petitioner John Swanson shall forthwith serve a copy of the Petition of John Swanson for Release of Vehicles Pursuant to 18 U.S.C. § 983(f) (docket no. 1) and a summons upon the United States of America and file proof of service with the Court.

It is **FURTHER ORDERED** that a Status Conference is set before Magistrate Judge Watanabe as follows:

> February 11, 2016 at 10:00 a.m.
> in Courtroom A-502,
> Fifth Floor,
> Alfred A. Arraj U.S. Courthouse,
> 901 19th Street,
> Denver, Colorado 80294

If this date is not convenient, counsel should confer with opposing counsel and **file a motion** to reschedule.  Absent exceptional circumstances, no such motion will be entertained unless it is filed no less than FIVE business days in advance.

Please remember that **everyone** seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid photo identification and be subject to security procedures.  See D.C.COLO.LCivR 83.2.  Failure to comply will result in denial of entry into the Alfred A. Arraj United States Courthouse.

DONE AND SIGNED THIS 28th DAY OF JANUARY, 2016.

BY THE COURT:
*s/Michael J. Watanabe*
MICHAEL J. WATANABE
United States Magistrate Judge