IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00187-MJW

**IN RE PETITION OF JOHN SWANSON FOR RELEASE OF NISSAN VAN-VIN 3N6CMOKN8FK696356; NISSAN VAN-VIN 1N6AFOKY9FN807762; NISSAN VAN-VIN 1N6AFOKY4PN807183.**

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    In light of the parties' joint status report (Docket No. 9), this case is hereby DISMISSED with prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

Date: February 22, 2016